# EXHIBIT A

Returning Candidate? Log back in!

# Phlebotomist

US-NY-New York                                                                                                        2023-4208

**Category** Hotel Trade        **Position Type** Regular Full-Time (30+ Hours)

**Minimum Starting Salary** USD $21.00/Hr.     **Work Schedule** 8:30AM-5:00PM

## Company Overview

This is an exciting time to join our dynamic organization! BioReference, an OPKO Health company, is the largest full service specialty laboratory in the United States that gives healthcare providers and patients the power to make confident healthcare decisions. With a focus on oncology, urology and women's health, BioReference offers comprehensive test solutions and unparalleled expertise based on a 40 year legacy of proven science and exceptional service. Join our team and become part of the journey in making our patients and customers the highest priority.

## Job Description

We are looking for a Phlebotomist (40 hours per week) in our New York, NY location.

Schedule: Monday - Friday, 8:30am - 5:00pm

**Position Summary:**

The Phlebotomist provides expertise in blood draws and specimen preparation. Their ability to put patients at ease and obtain sufficient samples with minimal discomfort to patients across a wide demographic is critical to our commitment to high quality care for our patients and those of our partners.
**PRINCIPAL JOB DUTIES:**

Duties may include but are not necessarily limited to the following:
* Experience doing blood draws, labeling specimens, centrifuging specimens, recording maintenance data and decontamination, updating patient information, etc.
* Collects and stores specimens according to established procedures
* Properly explains in a clear but courteous manner the process of the venipuncture (blood drawing) and or other specimen collection (ex. urine or fecal) as required
* Demonstrate technique/s using straight needles and/or butterfly needles
* Fully understand all of the physicians' orders
* Matches laboratory requisition forms to specimen tubes; label, centrifuge, split, and freeze specimens as required by test order
* Checks all test requisitions or computer label against script to ensure 100% correct
* Package specimens for transport
* Stores specimen sample according to required temperature, p[...] collection container/ tube, accurately labels, follows different procedures as outlined by specific to

How can we help? CLICK HERE ▶

11/21/23, 2:13 PM
Phlebotomist in New York, New York | Careers at MORNINGSIDE
Case 1:24-cv-00083-AMD-VMS   Document 1-1   Filed 01/04/24   Page 3 of 5 PageID #: 12

protocol deemed necessary for transport to maintain integrity of the specimen.
* Understands and complies with OSHA and DEP regulations
* Wears appropriate attire including all PPE
* Attend annual department trainings
* Answer telephone calls, read laboratory results to satisfy inquiries
* Other duties as assigned

**EDUCATION:**
* High School Diploma or GED
* Valid Phlebotomy certification for the state where employed as required by state (CA, NV, WA & LA requires certification)

**EXPERIENCE AND REQUIRED SKILLS:**
* Minimum of 6 months' work experience performing venipunctures in a fast paced lab or hospital setting
* Proficient with Microsoft Office Suite
* Provide proof of COVID-19 vaccination.

**Preferred Qualifications:**
* Excellent patient interaction skills both in person and by phone
* Strong attention to detail and the ability to work independently

**PHYSICAL DEMANDS AND WORKING CONDITIONS:**

The physical demands and work environment characteristics described here are representative of those an employee encounters while performing the essential functions of this job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.
* Ability to sit or stand for long periods of time
* Ability to lift 20 pounds
* Frequent contact with water (hand washing and cleaning), biohazardous body fluids, and hazardous chemicals

BioReference Laboratories is an Equal Opportunity Employer

## Compensation Range

The anticipated compensation for this position is USD $21.00/Hr. - USD $25.00/Hr. depending on experience and qualifications.

## Options

Apply for this job online


How can we help? CLICK HERE

Email this job to a friend

Case 1:24-cv-00083-AMD-VMS    Document 1-1    Filed 01/04/24    Page 4 of 5 PageID #: 13

Share on your newsfeed

Need help finding the right job?

### BIOREFERENCE HEALTH

About
Newsroom
Careers
Locations
Investors

### OUR BRANDS

The 4Kscore Test®
GenPath® Oncology
GenPath® Urology
GenPath® Women's Health

### CONTACT

Patient Phone
Provider Phone
Contact Form

### CONNECT



Join our newsletter and read our blog to get the latest updates

How can we help? CLICK HERE

Case 1:24-cv-00083-AMD-VMS    Document 1-1    Filed 01/04/24    Page 5 of 5 PageID #: 14

Newsletter    Blog

| LEGAL, COMPLIANCE AND PRIVACY | Annual Physician Notice | HIPAA Privacy Practices | HIPAA Incident | CCPA Privacy Notice | Accessibility | Cookies | Cookie Settings | Patents |

Copyright 2022 © BioReference Health, LLC                                              Employee Login

How can we help? CLICK HERE