# EXHIBIT B

BXV  212470  00963S    0000460330    1

**Earnings Statement** 

BIOREFERENCE HEALTH
481 EDWARD H ROSS DRIVE
ELMWOOD PARK, NJ 07407

Period Beginning: 10/28/2023
Period Ending:    11/10/2023
Pay Date:         11/17/2023

Filing Status: Single/Married filing separately
Exemptions/Allowances:
    Federal: Standard Withholding Table

ENEJAH CALIXTE

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 21.5000 | 77.80 | 1,672.70 | 6,279.73 |
| Overtime | 32.2500 | 1.48 | 47.73 | 182.54 |
| Vacation | | | | 118.25 |
| **Gross Pay** | | | **$1,720.43** | 6,580.52 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| GTL | 0.50 | 2.00 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 1-800-229-5227 X7711

**Deductions**

| Statutory | | |
|---|---|---|
| Federal Income Tax | -134.06 | 500.09 |
| Social Security Tax | -106.70 | 408.12 |
| Medicare Tax | -24.96 | 95.45 |
| NY State Income Tax | -72.65 | 274.02 |
| New York Cit Income Tax | -53.63 | 202.02 |
| NY SDI Tax | -1.20 | 4.80 |
| NY Paid Family Leave Ins | -7.83 | 29.94 |
| **Net Pay** | **$1,319.40** | |
| Checking 1 | -659.70 | |
| Checking 2 | -263.88 | |
| Savings 1 | -395.82 | |
| **Net Check** | **$0.00** | |

**Additional Tax Withholding Information**
Taxable Marital Status:
  NY: Single
  New York Cit: Single
Exemptions/Allowances:
  NY: 0
  New York Cit: 0

Your federal taxable wages this period are
$1,720.43

© 2000 ADP, Inc.

BIOREFERENCE HEALTH
481 EDWARD H ROSS DRIVE
ELMWOOD PARK, NJ 07407

Advice number: 00000460330
Pay date: 11/17/2023



**NON-NEGOTIABLE**