

faegredrinker.com

**Lynne Anne Anderson**
Partner
lynne.anderson@faegredrinker.com
+1 973 549 7140 direct

**Faegre Drinker Biddle & Reath** LLP
1177 Avenue of the Americas, 41st Floor
New York, New York  10036
+1 212 248 3140 main
+1 212 248 3141 fax

May 9, 2024

<u>VIA ECF</u>

The Honorable Vera M. Scanlon
United States Magistrate Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East, 1214 South
Brooklyn, NY 11201

      Re:   *Calixte v. BioReference Laboratories, Inc.*,
              Case No. 1:24-cv-00083-AMD-VMS
              Status Report Pursuant to March 28, 2024 Court Order

Dear Judge Scanlon:

      Pursuant to Your Honor's Order dated March 28, 2024, the parties respectfully submit this joint submission status report on behalf of all parties to the above-referenced matter.  On May 8, 2024, the Court granted defendant's motion to stay proceedings pending a decision on the application for leave to appeal in the New York Court of Appeals in *Grant v. Global Aircraft Dispatch, Inc.*, 223 A.D. 3d 712 (N.Y. 2d Dep't 2024).  Additionally, the Court's May 8 Order states that if leave to appeal is granted, the proceedings are stayed until the New York Court of Appeals issues a decision.  Accordingly, the parties respectfully submit that all discovery and the scheduling of the initial conference shall be stayed until further notice.

                        Respectfully submitted,

                        FITAPELLI & SCHAFFER LLP

                        <u>*/s/ Frank J. Mazzaferro*        </u>
                        Brian S. Schaffer
                        Frank J. Mazzaferro
                        28 Liberty Street, 30th Floor
                        New York, New York 10005
                        Tel: (212) 300-0375
                        Fax: (212) 481-1333
                        fmazzaferro@fslawfirm.com
                        bschaffer@fslawfirm.com

                        *Attorneys for Plaintiff*

        FAEGRE DRINKER BIDDLE & REATH LLP

        _____
        Lynne Anne Anderson
        William R. Horwitz
        Brian M. Hayes
        Clayton D. Harvey (admission application forthcoming)
        1177 Avenue of the Americas
        New York, New York 10036
        Tel: (212) 248-3140
        Fax: (212) 248-3141
        lynne.anderson@faegredrinker.com
        william.horwitz@faegredrinker.com
        brian.hayes@faegredrinker.com
        clayton.harvey@faegredrinker.com

        *Attorneys for Defendant BioReference Health, LLC*

Cc:    All counsel of record (by ECF)